UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVION

UNITED STATES OF AMERICA

    Plaintiff,

V.

    Criminal Action 5:10-00119

MARKEITH LOYD,

    Defendant.

[Stamp: FILED APR 12 2011, TERESA L. DEPPNER, CLERK, U.S. District Court, Southern District of West Virginia]

## LETTER MOTION REQUESTING APPOINTMENT OF COUNSEL

Comes now Markeith Loyd to this court asking that defendent be appointed counsel for appeal actions. Judge Irene C. Berger told me in sentencing March 7, 2011 that I had 14 days to file for an appeal of my sentence and if I can't afford counsel counsel will be given to me. I have filed and March 23, 2011 an order was handed down for me to proceed on appeal in forma pauperis to Rule 24, Federal Rules of Appellate Procedure.

I was just able to make it to the law library April 8, 2011 (due to my lock down status) to find out what in forma pauperis means. I thought I was waiting to be contacted by counsel for my appeal. On my instant offense Public Defender David R. Bungard filed notice of appeal on my behalf. Which I myself filed notice of appeal, and also that "I couldn't afford counsel and wanted counsel." I hope to be appointed counsel for my appeal."

    Markeith Loyd #23539-018
    P.O. Box 350
    Beaver, WV. 25813

C.C.F.

CHARLESTON WV 253
11 APR 2011 PM 1 T

Markeith Lofton #23532-018
Federal Correctional Institution
P.O. Box 350
Beaver, West Virginia [25813]

LEGAL MAIL

Clerk, U.S. District Court
Robert C. Byrd U.S. Courthouse
110 N. Heber Street, Room 119
Beckley, WV. 25801

